PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-DEC-2004 FOR: 2001Z00554/001 PAGE: 1 OF 3

DEBTOR: Yarborough, George
COURT NUMBER: 01-1965 ADM/AJB PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | PMNT | W | 06-MAR-2003 | OT/G | REM Ramsey | MN /3/126 | 1346 | $199.26 | 03-APR-2003 | $9,431.54 |
| 0012 | PMNT | W | 20-MAR-2003 | OT/G | REM Ramsey | MN /3/126 | 1360 | $219.62 | 03-APR-2003 | $9,220.28 |
| 0013 | PMNT | W | 03-APR-2003 | OT/G | REM Ramsey | MN /3/126 | 1373 | $211.80 | 03-APR-2003 | $9,016.65 |
| 0014 | PMNT | W | 17-APR-2003 | OT/G | REM Ramsey | MN /3/136 | 1387 | $259.97 | 17-APR-2003 | $8,764.67 |
| 0015 | PMNT | W | 01-MAY-2003 | OT/G | REM Ramsey | MN /3/145 | 1401 | $202.05 | 01-MAY-2003 | $8,570.39 |
| 0016 | PMNT | W | 15-MAY-2003 | OT/G | REM RAMSEY INC. | MN /3/155 | 1411 | $217.38 | 15-MAY-2003 | $8,360.60 |
| 0017 | PMNT | W | 29-MAY-2003 | OT/G | rem ramsey, inc. | MN /3/164 | 1419 | $228.53 | 29-MAY-2003 | $8,139.48 |
| 0018 | PMNT | W | 12-JUN-2003 | OT/Y | REM Ramsey inc. | MN /3/174 | 1428 | $266.51 | 12-JUN-2003 | $7,880.18 |
| 0019 | PMNT | W | 26-JUN-2003 | OT/G | rem ramsey inc | MN /3/183 | 1437 | $271.53 | 26-JUN-2003 | $7,615.63 |
| 0020 | PMNT | W | 10-JUL-2003 | GR/G | REM Ramsey | MN /3/189 | 1445 | $216.61 | 10-JUL-2003 | $7,405.77 |
| 0021 | PMNT | W | 24-JUL-2003 | GR/G | REM Ramsey Inc | MN /3/199 | 1453 | $245.41 | 24-JUL-2003 | $7,166.92 |
| 0022 | PMNT | W | 07-AUG-2003 | GR/G | rem ramsey | MN /3/209 | 1462 | $201.28 | 07-AUG-2003 | $6,971.99 |
| 0025 | PMNT | W | 21-AUG-2003 | GR/G | rem ramsey | MN /3/221 | 1471 | $202.67 | 21-AUG-2003 | $6,775.50 |
| 0026 | PMNT | W | 04-SEP-2003 | GR/G | REM Ramsey Inc. | MN /3/229 | 1479 | $187.34 | 04-SEP-2003 | $6,594.16 |
| 0029 | PMNT | W | 18-SEP-2003 | GR/G | REM Ramsey, Inc. | MN /3/239 | 1487 | $187.80 | 18-SEP-2003 | $6,412.20 |
| 0030 | PMNT | W | 02-OCT-2003 | GR/G | REM Ramsey, Inc. | MN /04/002 | 1495 | $222.19 | 02-OCT-2003 | $6,195.69 |
| 0031 | PMNT | W | 16-OCT-2003 | GR/G | REM Ramsey | MN /04/011 | 1504 | $226.37 | 16-OCT-2003 | $5,974.81 |
| 0033 | PMNT | W | 30-OCT-2003 | GR/G | REM RAMSEY INC | MN /04/021 | 1514 | $177.35 | 30-OCT-2003 | $5,802.76 |
| 0034 | PMNT | W | 13-NOV-2003 | GR/G | REM Ramsey, Inc. | MN /04/030 | 1523 | $168.79 | 13-NOV-2003 | $5,639.11 |
| 0035 | PMNT | W | 26-NOV-2003 | GR/G | REM RAMSEY INC. | MN /04/041 | 1533 | $168.78 | 26-NOV-2003 | $5,474.97 |
| 0037 | PMNT | W | 11-DEC-2003 | GR/G | REM RAMSEY INC. | MN /04/052 | 1543 | $197.10 | 11-DEC-2003 | $5,283.07 |
| 0038 | PMNT | W | 24-DEC-2003 | GR/G | REM RAMSEY INC | MN /04/062 | 1557 | $407.82 | 24-DEC-2003 | $4,879.60 |
| 0039 | PMNT | W | 08-JAN-2004 | GR/G | REM Ramsey | MN /04/070 | 1567 | $194.44 | 08-JAN-2004 | $4,689.79 |
| 0040 | PMNT | W | 14-JAN-2004 | GR/G | REM RAMSEY INC | MN /04/074 | 1573 | $202.09 | 14-JAN-2004 | $4,489.48 |
| 0041 | PMNT | W | 03-FEB-2004 | GR/G | Mentor Network | MN /04/087 | 3000406 | $215.54 | 03-FEB-2004 | $4,279.61 |
| 0042 | PMNT | W | 17-FEB-2004 | GR/G | MENTOR NETWORK | MN /04/097 | 3001105 | $259.91 | 17-FEB-2004 | $4,023.48 |
| 0043 | PMNT | W | 26-FEB-2004 | GR/G | The MENTOR Network | MN /04/105 | 3001571 | $208.57 | 26-FEB-2004 | $3,817.20 |
| 0044 | PMNT | W | 15-MAR-2004 | GR/G | The MENTOR | MN /04/116 | 3002148 | $226.69 | 15-MAR-2004 | $3,594.85 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-DEC-2004

FOR: 2001Z00554/001

PAGE: 2 OF 3

DEBTOR: Yarborough, George
COURT NUMBER: 01-1965 ADM/AJB
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0045 | PMNT | W | 26-MAR-2004 | GR/G | MENTOR NETWORK | MN /04/125 | 3002714 | $166.39 | 26-MAR-2004 | $3,430.96 |
| 0046 | PMNT | W | 07-APR-2004 | GR/G | The MENTOR Network | MN /04/133 | 3003282 | $235.06 | 07-APR-2004 | $3,198.50 |
| 0047 | PMNT | W | 22-APR-2004 | GR/G | The MENTOR | MN /04/144 | 3003885 | $232.27 | 22-APR-2004 | $2,969.26 |
| 0048 | PMNT | W | 05-MAY-2004 | GR/G | MENTOR NETWORK | MN /04/153 | 3004502 | $306.13 | 05-MAY-2004 | $2,665.57 |
| 0049 | PMNT | W | 20-MAY-2004 | GR/G | MENTOR NETWORK | MN /04/164 | 3005012 | $197.43 | 20-MAY-2004 | $2,470.66 |
| 0050 | PMNT | W | 01-JUN-2004 | GR/G | Mentor Network | MN /04/171 | 3005538 | $179.24 | 02-JUN-2004 | $2,293.29 |
| 0051 | PMNT | W | 17-JUN-2004 | GR/G | MENTOR NETWORK | MN /04/181 | 3006159 | $199.27 | 17-JUN-2004 | $2,096.34 |
| 0052 | PMNT | W | 01-JUL-2004 | GR/G | The MENTOR Network | MN /04/191 | 3006631 | $218.33 | 01-JUL-2004 | $1,879.86 |
| 0053 | PMNT | W | 14-JUL-2004 | GR/G | The MENTOR Network | MN /04/200 | 3007164 | $170.67 | 14-JUL-2004 | $1,710.73 |
| 0054 | PMNT | W | 29-JUL-2004 | GR/G | The MENTOR Network | MN /04/213 | 3007760 | $226.22 | 29-JUL-2004 | $1,486.13 |
| 0055 | PMNT | W | 12-AUG-2004 | GR/G | The MENTOR Network | MN /04/223 | 3008278 | $173.52 | 12-AUG-2004 | $1,313.92 |
| 0056 | PMNT | W | 26-AUG-2004 | GR/G | MENTOR NETWORK | MN /04/233 | 3008816 | $166.39 | 26-AUG-2004 | $1,148.69 |
| 0057 | PMNT | W | 09-SEP-2004 | GR/G | MENTOR NETWORK | MN /04/242 | 3009357 | $166.39 | 09-SEP-2004 | $983.31 |
| 0058 | PMNT | W | 24-SEP-2004 | GR/G | MENTOR NETWORK | MN /04/253 | 3009928 | $192.31 | 24-SEP-2004 | $791.93 |
| 0059 | PMNT | W | 08-OCT-2004 | GR/G | MENTOR NETWORK | MN /05/006 | 3010371 | $166.39 | 08-OCT-2004 | $626.24 |
| 0060 | PMNT | W | 20-OCT-2004 | GR/G | MENTOR NETWORK | MN /05/013 | 3010892 | $166.39 | 20-OCT-2004 | $460.32 |
| 0062 | PMNT | W | 04-NOV-2004 | GR/G | MENTOR NETWORK | MN /05/022 | 3011406 | $177.80 | 04-NOV-2004 | $282.95 |
| 0063 | PMNT | W | 18-NOV-2004 | GR/G | The MENTOR Network | MN /05/030 | 3011940 | $166.39 | 18-NOV-2004 | $116.81 |
| 0064 | PMNT | W | 02-DEC-2004 | GR/G | MENTOR NETWORK | MN /05/039 | 3012468 | $116.81 | 02-DEC-2004 | $0.10 |

Total Payments for Debtor: $10,091.80